UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 00-00258 DDP |
| ) | |
| Plaintiff, ) | JUDGMENT AND COMMITMENT ORDER |
| ) | FOLLOWING REVOCATION OF |
| v. ) | SUPERVISED RELEASE |
| ) | |
| CORY JAMES WHITE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On Monday, August 11, 2008, the matter came on regularly for hearing on the Petition for Revocation of Probation and Supervised Release filed on August 6, 2008. Appearing on behalf of the Defendant was Anthony Eaglin, Deputy Federal Public Defender, and appearing on behalf of the Government was Assistant United States Attorney Eric Vandevelde. Also present was Probation Officer Sharon L. Summers.

The defendant, after having been advised of the allegations as contained in the Petition, admitted to the truthfulness of each of allegation Nos. One through Eight as contained in the Petition.

The Court found the Defendant to have violated the terms and conditions of Supervised Release as set forth in the Judgment and Probation/Commitment Order of the United States District Court for the Central District of California filed on April 20, 2001. The Court ORDERS the Supervised Released, vacated and set aside.

It is adjudged that Defendant, CORY JAMES WHITE, is hereby committed to the custody of the Bureau of Prisons for a term of six (6) months. This term shall run consecutive with the term of twelve (12) months imposed on August 11, 2008 in case number CR 00-00752 DDP for a total term of eighteen (18) months.

IT IS ORDERED that the defendant shall self-surrender to the institution designated by the BOP on or before 12 noon, August 25, 2008, on the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal at 255 East Temple Street, Los Angeles, California, 90012.

It is ordered that the clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer

Dated: <u>August 11, 2008</u>

_____
DEAN D. PREGERSON
United States District Judge